# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANKITA A. BARABDE,<br><br>Defendant. | PO-19-5108-GF-JTJ<br><br>VIOLATION:<br>6563683<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $80 ($50 and a $30 processing fee for violation number: 6563683). Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that violation 6563683 is amended to reflect the defendant is pleading guilty to "smoking in an undesignated area" in violation of 36 C.F.R. § 2.21.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 3, 2019, is VACATED.

DATED this 1st day of October, 2019.

_____
John Johnston
United States Magistrate Judge